### 1473.  ELDERS *v.* BANCROFT-WHITNEY COMPANY.

RUSSELL, J. The bill of exceptions, not being certified by the presiding judge to be true, presents nothing for adjudication by this court, and must be dismissed.                *Writ of error dismissed.*

Practice in the Court of Appeals.

Submitted December 11, 1908.—Decided May 18, 1909.

*H. H. Elders,* for plaintiff in error.  *H. C. Beasley,* contra.